1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                   UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 Adobe Systems Incorporated,            )   Case No. C13-01721 MMC
                                          )
11              Plaintiff,                )   [PROPOSED] ORDER CONTINUING
         v.                               )   CASE MANAGEMENT CONFERENCE
12                                        )
   Wireless International, LLC; Aliya Abbas )
13 Tabatabayee a/k/a Aliya Abbas, an individual )
   and d/b/a www.techmunde.com and Techmunde; )
14 and Does 1 – 10, inclusive,            )
                                          )
15              Defendants.               )

16      On or about April 26, 2013, the Court set a Case Management Conference for July 19,

17 2013, at 10:30 a.m.

18      On or about June 28, 2013, Plaintiff filed its Request for Entry of Default.

19      Plaintiff is concurrently preparing its Motion for Default Judgment.

        In light of the request, and good cause being shown, the Case Management Conference
20
   currently on calendar for July 19, 2013, and all associated dates, are hereby vacated is hereby
21
   CONTINUED to October 4, 2013.  All associated dates are continued accordingly.
22

23      IT IS SO ORDERED.

24
                                              _____
25 Dated:  July 2, 2013
                                              Hon. Maxine M. Chesney
26                                            United States District Judge

27

28

Adobe v. Wireless Int'l, LLC:  [Proposed] Order Vacating CMC     - 1 -