J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:     (818) 500-3200
Facsimile:     (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>                         Plaintiff,<br>        v.<br><br>Wireless International, LLC; Aliya Abbas<br>Tabatabayee a/k/a Aliya Abbas, an individual<br>and d/b/a www.techmunde.com and Techmunde;<br>and Does 1 – 10, inclusive,<br><br>                         Defendants. | Case No. C13-01721 MMC<br><br>[PROPOSED] ORDER CONTINUING<br>CASE MANAGEMENT CONFERENCE |

On or about April 26, 2013, the Court set a Case Management Conference for July 19, 2013, at 10:30 a.m.

On or about June 28, 2013, Plaintiff filed its Request for Entry of Default.

Plaintiff is concurrently preparing its Motion for Default Judgment.

In light of the request, and good cause being shown, the Case Management Conference currently on calendar for July 19, 2013, and all associated dates, are hereby vacated is hereby CONTINUED to October 4, 2013.  All associated dates are continued accordingly.

IT IS SO ORDERED.

Dated:   July 2, 2013

_____
Hon. Maxine M. Chesney
United States District Judge