J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Wireless International, LLC; Aliya Abbas )<br>Tabatabayee a/k/a Aliya Abbas, an individual )<br>and d/b/a www.techmunde.com and Techmunde; )<br>and Does 1 – 10, inclusive, )<br>)<br>Defendants. ) | Case No. C13-01721 MMC<br><br>[PROPOSED] ORDER VACATING<br>CASE MANAGEMENT CONFERENCE |

On or about July 2, 2013, the Court set a Case Management Conference for October 4, 2013, at 10:30 a.m.

Defendants are in default and have not contacted Plaintiff's counsel.

On or about September 12, 2013, Plaintiff filed its Motion for Entry of Default Judgment., and an administrative request to vacate the conference.

In light of the request, and good cause being shown, the Case Management Conference currently on calendar for October 4, 2013, and all associated dates, are hereby vacated.

IT IS SO ORDERED.

Dated: September 18, 2013    _____
Hon. Maxine M. Chesney
United States District Judge

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.
By: __/s/ Annie S. Wang_____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Wireless Int'l, LLC:  [Proposed] Order Vacating CMC    - 1 -