1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                     UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 Adobe Systems Incorporated,            )   Case No. C13-01721 MMC
                                          )
11            Plaintiff,                  )   [PROPOSED] ORDER VACATING
         v.                               )   CASE MANAGEMENT CONFERENCE
12                                        )
   Wireless International, LLC; Aliya Abbas )
13 Tabatabayee a/k/a Aliya Abbas, an individual )
   and d/b/a www.techmunde.com and Techmunde; )
14 and Does 1 – 10, inclusive,            )
                                          )
15            Defendants.                 )

16      On or about July 2, 2013, the Court set a Case Management Conference for October 4,

17 2013, at 10:30 a.m.

18      Defendants are in default and have not contacted Plaintiff's counsel.

19      On or about September 12, 2013, Plaintiff filed its Motion for Entry of Default Judgment,
   and an administrative request to vacate the conference.
20      In light of the request, and good cause being shown, the Case Management Conference

   currently on calendar for October 4, 2013, and all associated dates, are hereby vacated.
21
        IT IS SO ORDERED.
22

23
   Dated:  September 18, 2013            _____
24                                       Hon. Maxine M. Chesney
                                         United States District Judge
25
   PRESENTED BY:
26 J. Andrew Coombs, A Professional Corp.
   By: __/s/ Annie S. Wang_____
27        J. Andrew Coombs
          Annie S. Wang
28 Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Wireless Int'l, LLC:  [Proposed] Order Vacating CMC    - 1 -