1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P.C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8
                    UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
10

11 Adobe Systems Incorporated,            )   Case No. C13-01721 MMC
                                          )
12             Plaintiff,                 )   [PROPOSED] ORDER
       v.                                 )   GRANTING MOTION FOR DEFAULT
13                                        )   JUDGMENT; VACATING HEARING
   Wireless International, LLC; Aliya Abbas )
14 Tabatabayee a/k/a Aliya Abbas, an individual )
   and d/b/a www.techmunde.com and Techmunde; )
15 and Does 1 – 10, inclusive,            )   Court: Hon. Maxine M. Chesney
                                          )   Date:  October 25, 2013
16             Defendants.                )   Time:  9:00 a.m.

17
           WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its Notice and Motion
18
   For Entry of Default Judgment ("Motion"), seeking entry of default judgment, including a permanent
19
   injunction against Defendant Wireless International, LLC ("Defendant");
20
           WHEREAS Plaintiff, having served a copy of its Motion and Proposed Judgment on
21
   September 12, 2013;
22
           WHEREAS Defendant did not oppose Plaintiff's Motion; and
23
           The Court, having read and considered the pleadings, declarations and exhibits on file in this
24

25

26

27

28

   Adobe v. Wireless International, LLC, et al.: [Proposed] Order      - 1 -

matter and having reviewed such evidence as was presented in support of Plaintiff's Motion, hereby grants Plaintiff's Motion and orders entry of the Judgment Pursuant to Entry of Default.

In light of the above, the hearing scheduled for October 25, 2013 is hereby VACATED.

IT IS SO ORDERED.

DATED:  October 23, 2013           _____
                                   Hon. Maxine M. Chesney
                                   United States District Judge

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By:   /s/ Annie S. Wang_____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated